SANDERS LAW, PLLC
Craig B. Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.: 102422



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BWP MEDIA USA INC.,

    Plaintiff,

vs.

UBERMEDIA, INC.,

    Defendant(s).

Docket No: CV13- 4861 JEM

DEMAND FOR JURY TRIAL

COMPLAINT FOR:
  1) COPYRIGHT INFRINGEMENT

BWP Media USA Inc., by and through its undersigned counsel, states and alleges as follows:

## INTRODUCTION

1. Plaintiff BWP Media USA Inc. ("BWP") provides entertainment-related photojournalism goods and services. In particular, BWP owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

2. BWP's portfolio of celebrity photographs is the bread and butter of its business.

3. BWP has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

4. Defendant Ubermedia, Inc. owns and operates a website known as www.chime.in.

5. Without permission or authorization from BWP, Ubermedia, Inc. copied, modified, and displayed BWP's photograph(s) on Ubermedia, Inc.'s website, www.chime.in.

1

6. Ubermedia, Inc. engaged in this misconduct knowingly and in violation of the United States copyright laws.

7. BWP has been substantially harmed as a result of Ubermedia, Inc.'s misconduct.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. §1338(a) and 28 U.S.C. §1331. The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. §1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

9. This Court has personal jurisdiction over Ubermedia, Inc. because Ubermedia, Inc. maintains its principal place of business in Los Angeles County, California and purposely directs substantial activities at the residents of California by means of the website described herein.

10. Venue is proper under 28 U.S.C. §1391(a)(2) because Ubermedia, Inc. does business in this Judicial District or because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

## PARTIES

11. BWP is a California corporation and maintains its principal place of business in Los Angeles County, California.

12. On information and belief, Ubermedia, Inc., a corporation with a principal place of business in Los Angeles County, California is liable and responsible to Plaintiff based on the facts herein alleged.

## FACTUAL ALLEGATIONS

### BWP's Business

13. BWP provides entertainment-related photojournalism goods and services. In particular, BWP owns the rights to a multitude of photographs which it licenses to online and print publications.

14. BWP has invested significant time and money in building its photograph portfolio.

### BWP's Copyrights

15. BWP has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

16. BWP's photographs are original, creative works in which BWP owns protectable copyright interests.

17. BWP owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover BWP's photographs.

18. BWP also has filed several copyright applications with the USCO, which are presently pending.

19. BWP applied for and received [a] copyright registration(s) for [a] collection(s) of photographs, which included the photograph(s) annexed hereto as Exhibit(s) 1 (the "Photograph(s)").

### Ubermedia, Inc.'s Website

20. On information and belief, Ubermedia, Inc. is the registered owner of the website located at www.chime.in (the "Website"). On information and belief, Ubermedia, Inc. operates the Website and is responsible for all Website content.

21. The Website provides, *inter alia*, articles, photographs and other information regarding celebrities.

22. The Website is monetized in that it contains paid advertisements. On information and belief, Ubermedia, Inc. profits from these activities.

### Ubermedia, Inc.'s Misconduct

23. Without permission or authorization from BWP, Ubermedia, Inc. copied, modified, and/or displayed the Photograph(s) on the Website, in violation of BWP's copyrights. See Exhibit "1" annexed hereto.

24. On information and belief, the Photograph(s) were copied from the website(s) of BWP's Clients and reposted on the Website without license or permission, thereby infringing on the Copyrights (the "Infringement(s)").

25. On information and belief, Ubermedia, Inc. was aware of facts or circumstances from which the Infringement(s) was/were apparent. Based on this totality of circumstances, Ubermedia, Inc. cannot claim that it is not aware of the widespread infringing activities, including the Infringement(s), on the Website. Such a claim would amount to willful blindness to the Infringement(s) on the part of Ubermedia, Inc.

26. On information and belief, Ubermedia, Inc. engaged in the Infringement(s) knowingly and in violation of United States copyright laws.

27. On information and belief, Ubermedia, Inc. has received a financial benefit directly attributable to the Infringement(s). Specifically, by way of the Infringement(s), Ubermedia, Inc. increased traffic to the Website and, in turn, realized an increase in, its advertising revenues and/or merchandise sales.

28. As a result of Ubermedia, Inc.'s misconduct, BWP has been substantially harmed.

### FIRST COUNT
(Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

29. BWP repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

30. The Photograph(s) are original, creative works in which BWP owns protectable copyright interests.

31. BWP has not licensed Ubermedia, Inc. to use the Photograph(s) in any manner, nor has BWP assigned any of its exclusive rights in the Copyrights to Ubermedia, Inc.

32. Without permission or authorization from BWP and in willful violation of BWP's rights

under 17 U.S.C. §106, Ubermedia, Inc. reproduced the Photograph(s).

33. On information and belief, without permission or authorization from BWP and in willful violation of BWP's rights under 17 U.S.C. § 106, Ubermedia, Inc. displayed the Photograph(s) on the Website.

34. Ubermedia, Inc.'s reproduction of the Photograph(s) and display of the Photograph(s) on the Website constitutes copyright infringement.

35. On information and belief, thousands of people have viewed the unlawful copies of the Photograph(s) on the Website.

36. On information and belief, Ubermedia, Inc. had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of BWP's copyrighted material.

37. Ubermedia, Inc.'s copyright infringement has damaged BWP in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, BWP respectfully requests judgment as follows:

1. That the Court enter a judgment finding that Ubermedia, Inc. has infringed on BWP's Copyrights in the Photograph(s) in violation of 17 U.S.C. § 501 et seq.;

2. That the Court award damages and monetary relief as follows:

   a. Statutory damages against Ubermedia, Inc. pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or in the alternative BWP's actual damages and Ubermedia, Inc.'s wrongful profits in an amount to be proven at trial;

   b. BWP's attorneys' fees pursuant to 17 U.S.C. § 505;

   c. BWP's costs; and

3. Such other relief that the Court determines is just and proper.

DATED: June 20, 2013

SANDERS LAW, PLLC

[signature]

Craig B. Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.:102422

6

### REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.

DATED: June 20, 2013

                      **SANDERS LAW, PLLC**

                      Craig B. Sanders, Esq. (284397)
                      100 Garden City Plaza, Suite 500
                      Garden City, New York 11530
                      Telephone: (516) 203-7600
                      Facsimile: (516) 281-7601
                      csanders@sanderslawpllc.com
                      *Attorneys for Plaintiff*
                      File No.:102422

# EXHIBIT - 1





| | |
|---|---|
| Photo Owner: BWP Media USA Inc.<br>Photo ID Number: 3239205<br>Date Taken: 12/17/2012<br>Photo Description: Bella Thorne, boyfriend Tristan Klier and puppy Kingston seen getting into the festive spirit as they spend the afternoon Christmas shopping together at the Americana Mall in Glendale, Los Angeles.<br>Photo Location: California<br>Copyright Application Date: 01/21/2013<br>Application Number: 1-880582645<br>Copyright Registration Date: 01/21/2013<br>Registration Number: VA0001848280 | Domain: www.chime.in<br>URL: http://chime.in/user/FashionFame/chime/220835949885886464<br>Observed Date: 04/23/2013 |




Photo Owner: BWP Media USA Inc.
Photo ID Number: 3239205
Date Taken: 12/17/2012
Photo Description: Bella Thorne, boyfriend Tristan Klier and puppy Kingston seen getting into the festive spirit as they spend the afternoon Christmas shopping together at the Americana Mall in Glendale, Los Angeles.
Photo Location: California
Copyright Application Date: 01/21/2013
Application Number: 1-880582645

Domain: www.chime.in
URL: http://chime.in/interest/bella%20thorne%20christmas%202012
Observed Date: 04/23/2013

Copyright Registration
Date:01/21/2013
Registration
Number:VA0001848280

PAGE 2 of 5 - 06/21/2013 13:37:38





| | |
|---|---|
| Photo Owner: BWP Media USA Inc.<br>Photo ID Number: 3239205<br>Date Taken: 12/17/2012<br>Photo Description: Bella Thorne, boyfriend Tristan Klier and puppy Kingston seen getting into the festive spirit as they spend the afternoon Christmas shopping together at the Americana Mall in Glendale, Los Angeles.<br>Photo Location: California<br>Copyright Application Date: 01/21/2013<br>Application Number: 1-880582645<br>Copyright Registration Date: 01/21/2013<br>Registration Number: VA0001848280 | Domain: www.chime.in<br>URL: http://chime.in/user/FashionFame/chime/229535123031142400<br>Observed Date: 04/23/2013 |





Photo Owner: BWP Media USA Inc.
Photo ID Number: 3239205
Date Taken: 12/17/2012
Photo Description: Bella Thorne, boyfriend Tristan Klier and puppy Kingston seen getting into the festive spirit as they spend the afternoon Christmas shopping together at the Americana Mall in Glendale, Los Angeles.
Photo Location: California
Copyright Application Date: 01/21/2013
Application Number: 1-880582645
Copyright Registration Date: 01/21/2013
Registration Number: VA0001848280

Domain: www.chime.in
URL: http://chime.in/user/FashionFame/chime/249468967035715584
Observed Date: 04/23/2013




Photo Owner: BWP Media USA Inc.
Photo ID Number: 3239205
Date Taken: 12/17/2012
Photo Description: Bella Thorne, boyfriend Tristan Klier and puppy Kingston seen getting into the festive spirit as they spend the afternoon Christmas shopping together at the Americana Mall in Glendale, Los Angeles.
Photo Location: California
Copyright Application Date: 01/21/2013
Application Number: 1-880582645
Copyright Registration Date: 01/21/2013
Registration Number: VA0001848280

Domain: www.chime.in
URL: http://chime.in/interest/bella%20thorne
Observed Date: 04/23/2013

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**NOTICE TO COUNSEL**
(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)

*The court has directed that the following rules be specifically called to your attention:*

I. Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge [28 U.S.C. § 636(c) and General Order 11-06].
II. Continuing Obligation to Report Related Cases (Local Rule 83-1.3.3)
III. Service of Papers and Process (Local Rule 4)

**I.    NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE BY A UNITED STATES MAGISTRATE**

*Pursuant to Local Rule 73-2, the initiating party must serve this notice and consent form CV-11C on each party at the time of service of the summons and complaint or other initial pleading.*

This case has been randomly assigned to Magistrate Judge __McDermott__ under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 11-06. The case number on all documents filed with the court must read as follows: __CV13-4861__

The parties are advised that their consent is required if the above assigned magistrate judge is to conduct all further proceedings in the case, including trial and final entry of judgment pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. Should the parties not consent to proceed before the above assigned magistrate judge, the case will be randomly reassigned to a district judge. If this occurs, the parties cannot later consent to reassignment of the case to any other magistrate judge.

**The parties are further advised that they are free to withhold consent without adverse substantive consequences.** If the parties agree to the exercise of jurisdiction by the magistrate judge, the parties shall jointly or separately file a statement of consent setting forth such election. Except as provided in Local Rule 73-2.4.1.1, for cases originally filed in district court and initially assigned only to a magistrate judge, the statement of consent shall be filed within 42 days after service of the summons and complaint upon that defendant, and within 42 days by plaintiff after service upon the first-served defendant. If the United States, an agency of the United States, or an officer or employee of the United States is a defendant, the statement of consent shall be filed by the government defendant within 60 days after service of the summons and complaint upon that defendant.

For cases removed from state court and initially assigned only to a magistrate judge, a joint or separate statements of consent shall be filed by plaintiff and all defendants upon whom service has been effected, within 14 days after the notice of removal is filed.

Since magistrate judges do not handle felony criminal trials, civil trial dates are not at risk of being preempted by a felony criminal trial, which normally has priority. Further, in some cases, the magistrate judge may be able to assign an earlier trial date than a district judge. There may be other advantages or disadvantages which you will want to consider.

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER:

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BWP MEDIA, USA** <br> Plaintiff(s), | **CASE NUMBER** <br> CV13- 4861 JEM |
| V. <br> **UBERMEDIA ET AL** <br> Defendant(s) | **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STASTES MAGISTRATE JUDGE** <br> (For use in Magistrate Judge <br> Civil Consent Pilot Project Cases only) |

**THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2**

In accordance with General Order 11-06 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge _____. All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

☐ In accordance with the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P.73(b), the party or parties listed below to the above-captioned civil matter hereby waive their right to proceed before a District Judge and Consent to have the assigned Magistrate Judge John E. McDermott conduct all further proceedings in the case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☐ The party or parties listed below to the above-captioned civil matter Do Not Consent to proceed before the assigned Magistrate Judge John E. McDermott.

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (OR Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☐ Party filing this form shall check this box if all parties have consented to proceed before the assigned Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

All parties having consented to proceed before the assigned magistrate judge, this case will remain assigned to United States Magistrate Judge John E. McDermott for all further proceedings.

CV-11C (06/11)     **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STASTES MAGISTRATE JUDGE**
(For use in Magistrate Judge Civil Consent Pilot Project Cases only)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA INC. | ) |
| Plaintiff(s) | ) **CV13- 4861 JEM** |
| v. | ) Civil Action No. |
| | ) |
| UBERMEDIA, INC. | ) |
| Defendant(s) | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Ubermedia, Inc.
130 West Union Street
Pasadena, California 91103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanders Law, PLLC
100 Garden City Plaza
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
JULIE PRADO

Date: JUL - 5 2013

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

    [ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    [ ] I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    [ ] I returned the summons unexecuted because _____ ; or

    [ ] Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                            *Server's signature*

                                                             *Printed name and title*

                                                             *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATE DISTRICT COURT, CENTRAL DISTRICT CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself [ ]) | DEFENDANTS (Check box if you are representing yourself [ ]) |
|---|---|
| BWP MEDIA USA INC. | UBERMEDIA, INC. |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide name)<br>Sanders Law PLLC<br>100 Garden City Plaza<br>Garden City, NY 516-203-7600 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide name) |

**II. BASIS OF JURISDCITION** (Place in X in one box only)

[ ] 1 U.S. Government Plaintiff  [X] 3 Federal Question (U.S. Government Not a Party)

[ ] 2 U.S. Government Defendant  [ ] 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place Of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign County | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
[X] 1 Original Proceeding  [ ] 2 Removed from State Court  [ ] 3 Remanded from Appellate Court  [ ] 4 Reinstated or Reopened  [ ] 5 Transferred from another district *(specify):*  [ ] 6 Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** [ ] Yes [✓] No      [ ] **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity)
17 U.S.C 501 et Seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [X] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 463 Habeas Corpus- Alien Detainee | [ ] 463 Alen Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fund | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Organizations | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405(g)) |
| [ ] 480 Consumer Credit | [ ] 151 Medicare Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | [ ] 152 Recovery of Defaulted Student Loan (Excl. Veterans) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405(g)) |
| [ ] 850 Securities/ Commodities/Exchange | | [ ] 340 Marine | **BANKRUPTCY** | [ ] 555 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 875 Customer Challenge 12 USC 3410 | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S Plaintiff or Defendant) |
| [ ] 890 Other Statutory Actions | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 891 Agricultural Act | | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 893 Environmental Matters | [ ] 160 Stockholders Suits | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 895 Freedom of Info. Act | [ ] 190 Other Contract | [ ] 362 Personal Injury- Med Malpractice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | [ ] 195 Contract Product Liability | [ ] 365 Personal Injury- Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 196 Franchise | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accommodations | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionally of State Statutes | **REAL PROPERTY** | | [ ] 445 American with Disabilities – Employment | [ ] 751 Family and Medical Leave Act | |
| | [ ] 210 Land Condemnation | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities – other | [ ] 790 Other Labor Litigation | |
| | [ ] 220 Foreclosure | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |
| | [ ] 230 Rent Lease & Ejectment | | | | |

CV13-4861

FOR OFFICE USE ONLY: Case Number:_____

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATE DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No  [ ] Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   [X] No  [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- [ ] A. Arise from the same or closely related transactions, happenings, or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact: or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign County, in which **EACH** named plaintiff resides

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District.* | California County outside of this District, State, if other than California; or Foreign County |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign County, in which **EACH** named defendant resides

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District.* | California County outside of this District, State, if other than California; or Foreign County |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign County, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land Involved**

| County in this District.* | California County outside of this District, State, if other than California; or Foreign County |
|---|---|
| Los Angeles | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases use the location of the tract of land involved

X SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT): _____   DATE: <u>June 21, 2013</u>

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc, for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |