Mark D. Nielsen, Esq., No. 210,023
*mnielsen@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendant,
UBERMEDIA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA, INC., | CASE NO. 13-04861 ODW(CWx) |
| Plaintiff, | [Hon. Otis D. Wright] |
| vs. | **NOTICE OF SETTLEMENT** |
| UBERMEDIA, INC., | |
| Defendant(s). | |

# NOTICE OF SETTLEMENT

The parties to this action, through counsel, hereby notify the Court that a settlement of the above-captioned matter has been reached.

The parties are attending to certain matters called for in the settlement agreement between the parties, and expect, pursuant to the settlement agreement, that a Notice of Dismissal will be filed within twenty-one (21) days.

The parties respectfully request that the Court stay or vacate any pending deadlines for this matter in lieu of the fact that this matter will be dismissed shortly pursuant to the terms of the settlement agreement.

Respectfully submitted:

CISLO & THOMAS LLP

Dated: October 7, 2013          By:   /s/Mark D. Nielsen
                                      Mark D. Nielsen, Esq.

                                      Attorneys for Defendant,
                                      UBERMEDIA, INC.


SANDERS LAW, PLLC

Dated: October 7, 2013          By:   /s/Craig B. Sanders
                                      Craig B. Sanders, Esq.

                                      Attorneys for Plaintiff,
                                      BWP MEDIA USA, INC.

T:\13-28084\Notice of Settlement.DOC

# **PROOF OF SERVICE**

I am over the age of eighteen (18) years, employed in the State of California, and not a party to the above-entitled action. My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401-4110.

On October 7, 2013, I caused to be served:

## **NOTICE OF SETTLEMENT**

by the Court's Electronic Filing System:

> Craig B. Sanders, Esq.
> Sanders Law, PLLC
> 100 Garden City Plaza, Suite 500
> Garden City, New York 11530
> Fax: (516) 281-7601
> Email: casnders@sanderslawpllc.com

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 7, 2013, at Santa Monica, California.

/s/Stephanie Diaz-Sandoval
Stephanie Diaz-Sandoval