# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA, INC., | Case No. 2:13-cv-04861-ODW(CWx) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE. SETTLEMENT** |
| v. | |
| UBERMEDIA, INC., | |
| Defendant. | |

On October 7, 2013, the parties informed the Court that they reached a settlement in this case. (ECF No. 13.) They indicate that they will file a Notice of Dismissal within 21 days. The Court therefore **ORDERS** the parties **TO SHOW CAUSE** by **Monday, October 28, 2013**, why the settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon filing of a proposed dismissal order.

**IT IS SO ORDERED.**

October 7, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**